| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Ray Ballister Jr., Esq., SBN 111282<br>Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200,<br>San Diego, CA 92111<br>amandas@potterhandy.com<br>(858) 375-7385; (888) 422-5191 fax<br>Attorneys for Plaintiff | CRIS C. VAUGHAN (SBN: 99568)<br>cvaughan@adasolutionsgroup.com<br>VAUGHAN & ASSOCIATES<br>6207 South Walnut Street, Suite 800,<br>Loomis, CA 95650<br>Telephone: (916) 660-9401<br>Facsimile: (916) 660-9378<br>Attorneys for Defendants, Steven J. Repetti and Jolene M. Pariani |

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendant Moor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>  v.<br><br>STEVEN J. REPETTI, in individual and representative capacity as trustee of the Irrevocable Repetti Trust; JOLENE M. PARIANI; MOORE, INC., a California corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:19-CV-06508-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 21, 2020		CENTER FOR DISABILITY ACCESS

		By:   /s/Amanda Lockhart Seabock
		       Amanda Lockhart Seabock
		       Attorney for Plaintiff

Dated: July 21, 2020		VAUGHAN & ASSOCIATES

		By:   /s/Cris C. Vaughan
		       Cris C. Vaughan
		       Attorney for Defendant
		       Steven J. Repetti and
		       Jolene M. Pariani

Dated: July 21, 2020		LAW OFFICE OF RICK MORIN, PC

		By:   /s/Richard Morin
		       Richard Morin
		       Attorney for Defendant
		       Moor, Inc.

Dated: July 21, 2020

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Steven J. Repetti and Jolene M. Pariani, and Richard Morin, counsel for Moor, Inc. and that I have obtained authorization to affix their electronic signatures to this document.

Dated: July 21, 2020            CENTER FOR DISABILITY ACCESS

                     /s/Amanda Lockhart Seabock
                    Amanda Lockhart Seabock
                    Attorney for Plaintiff